AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Jocelyne Mosby | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:24-cv-03067-K |
| Safelite Fulfillment Inc | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Safelite Fulfillment Inc

*doing business as* Safelite Autoglass

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Donald Uloth
   18208 Preston Road, Suite D-9 # 261
   Dallas , TX 75252

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 12/09/2024

**See Attached Proof of Service**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
for the Northern District of Texas

| | | | |
|---|---|---|---|
| Jocelyne Mosby, | Plaintiff | § | |
| vs. | | § | Civil Action No. 3:24-cv-03067-K |
| Safelite Fulfillment Inc, | | § | |
| | Defendant | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am at least 18 years old and my address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code, Chapter 156.001.(2), I am a process server certified by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2025. I am personally acquainted with the facts stated herein and declare under penalty of perjury they are true and correct.

Came to hand on December 10, 2024, at 11:15 a.m., Summons in a Civil Action and Complaint for service on Defendant Safelite Fulfillment Inc.

Executed on December 11, 2024, at 2:43 p.m. by delivering to Defendant's Registered Agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, by delivering in person to Kaneisha Gross, employee/agent designated to receive process for the Registered Agent, at 211 E. 7th Street, Suite 620 Austin, Texas 78701.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:   Tod E. Pendergrass

Service Fee $ 82.00

Signature of non-party adult
DRLS, 516 W. Annie Street, Austin, TX 78704

VERIFICATION: STATE OF TEXAS, COUNTY OF TRAVIS                    Re: Uloth/4926

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on December 15, 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

Notary Public Signature in and for
the State of TEXAS

(This Return Affidavit is made pursuant to FRCP 4(l)(1))