# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JOCELYNE MOSBY
Plaintiff

v.

SAFELITE FULFILLMENT, INC.
Defendant

3:24-cv-03067-K
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant, Safelite Fulfillment, Inc. d/b/a Safelite AutoGlass

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Defendant, Safelite Fulfillment, Inc. is wholly owned by Safelite Group, Inc. No publicly held corporation owns more than 10% of Defendant's stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Safelite Group, Inc.

|              |                              |
|--------------|------------------------------|
| Date:        | 12/30/2024                   |
| Signature:   | /s/ Monica A. Fitzgerald     |
| Print Name:  | Monica A. Fitzgerald         |
| Bar Number:  | 07088320                     |
| Address:     | 909 Fannin Street, Suite 2700|
| City, State, Zip: | Houston, TX 77010       |
| Telephone:   | (713) 588-7000               |
| Fax:         | (713) 588-7050               |
| E-Mail:      | mafitzgerald@vorys.com       |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.