IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO PROCEED WITHOUT LOCAL COUNSEL**

Upon consideration of Defendant Safelite Fulfillment, Inc. d/b/a Safelite Autoglass's ("Safelite") Motion for Leave to Proceed Without Local Counsel ("Motion"), and for good cause shown, the Court hereby finds said Motion is well-taken and hereby grants the same. Safelite is granted relief from the local counsel requirements set forth in LR 83.10 and is hereby permitted to proceed in this matter without local counsel.

**IT IS SO ORDERED.**

_____            _____
Date                                                                          United States District Judge