IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JASON MUELLER

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Jason Mueller of Vorys, Sater, Seymour and Pease LLP enters his appearance in this matter as local counsel of record on behalf of Defendant, Safelite Fulfillment, Inc. d/b/a Safelite Autoglass.

Mr. Mueller currently resides in the Northern District of Texas and his residence is within 50 miles of the courthouse of the U.S. Northern District of Texas, Dallas Division. Therefore, he is considered a "local counsel" pursuant Local Rule 83.10. Mr. Mueller may receive communications from the Court and from other parties at Vorys, Sater, Seymour and Pease, LLP, 909 Fannin Street, Suite 2700, Houston, Texas 77010; Telephone (713) 588-7000; Facsimile: (713) 588-7050; Email: jmueller@vorys.com. .

Dated: January 7, 2025

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Jason Mueller*
Jason Mueller [TBN 24047571]
909 Fannin Street, Suite 2700
Houston, TX  77010
T: 713.588.7000
F: 713.588.7050
Email: jmueller@vorys.com

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Monica A. Fitzgerald*
Monica A. Fitzgerald [TBN 07088320]
909 Fannin Street, Suite 2700
Houston, TX 77010
T: (713) 588-7000
F: (713) 588-7050
Email: mafitzgerald@vorys.com

**ATTORNEYS FOR DEFENDANT
SAFELITE FULFILLMENT, INC. D/B/A
SAFELITE AUTOGLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, I electronically filed the foregoing *Notice of Appearance of Jason Mueller* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth
Law Office of Donald E. Uloth
18208 Preston Road, Suite D-9 #261
Dallas TX 75252
don.uloth@uloth.pro
*Attorney for Plaintiff*

*/s/ Monica A. Fitzgerald*
Monica A. Fitzgerald