IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF HAMED MORADI

Defendant, Safelite Fulfillment, Inc. d/b/a Safelite AutoGlass, hereby gives notice that Hamed Moradi of the law firm Vorys, Sater, Seymour and Please LLP, has been designated as additional counsel for Defendant in the above-captioned matter. Defendant respectfully requests that all pleadings, notices, and orders be served on Hamed Moradi accordingly:

Hamed Moradi
TBN: 24121020
Vorys, Sater, Seymour & Pease, LLP
909 Fannin, Suite 2700
Houston TX 77010
(713) 588-7000
(713) 588-7050 (fax)
hmoradi@vorys.com

Dated: January 28, 2025

Respectfully submitted,
VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/Monica A. Fitzgerald*
Monica A. Fitzgerald (TBN 07088320)
Hamed Moradi (TBN 24121020)
909 Fannin Street, Suite 2700
Houston, TX 77010
T: (713) 588-7000
mafitzgerald@vorys.com
hmoradi@vorys.com

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/Jason Mueller*
Jason Mueller [TBN 24047571]
909 Fannin Street, Suite 2700
Houston, TX 77010
T: 713.588.7000
F: 713.588.7050
jmueller@vorys.com
*Local Counsel*

**Attorneys for Defendant
Safelite Fulfillment, Inc. d/b/a Safelite
AutoGlass**

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically filed the foregoing *Notice of Appearance of Hamed Moradi* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth
Law Office of Donald E. Uloth
18208 Preston Road, Suite D-9 #261
Dallas TX 75252
don.uloth@uloth.pro
*Attorney for Plaintiff*

*/s/ Monica A. Fitzgerald*
Monica A. Fitzgerald