IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## UNOPPOSED DEFENDANT'S MOTION TO WITHDRAW, SUBSTITUTE AND DESIGNATE LEAD COUNSEL

Defendant, Safelite Fulfillment, Inc. d/b/a Safelite AutoGlass ("Safelite"), files its Motion to Withdraw, Substitute, and Designate Lead Counsel and would respectfully show the Court as follows:

Monica A. Fitzgerald requests this Court withdraw her as counsel of record for Defendant Safelite and substitute and designate Hamed Moradi as lead counsel. Ms. Fitzgerald's schedule does not permit her to devote sufficient attention to this case.

Mr. Moradi has previously filed a Notice of Appearance in this matter. Mr. Moradi's contact information is:

> Hamed Moradi
> TBN: 24121020
> Vorys, Sater, Seymour & Pease, LLP
> 909 Fannin, Suite 2700
> Houston TX 77010
> (713) 588-7000
> (713) 588-7050 (fax)
> hmoradi@vorys.com

Dated: February 7, 2025

Respectfully submitted,
VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/Monica A. Fitzgerald*
Hamed Moradi (TBN 24121020)
Monica A. Fitzgerald (TBN 07088320)
909 Fannin Street, Suite 2700
Houston, TX 77010
T: (713) 588-7000
hmoradi@vorys.com
mafitzgerald@vorys.com

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/Jason Mueller*
Jason Mueller [TBN 24047571]
909 Fannin Street, Suite 2700
Houston, TX  77010
T: 713.588.7000
F: 713.588.7050
jmueller@vorys.com
*Local Counsel*

***Attorneys for Defendant***

### CERTIFICATE OF CONFERENCE

The parties' counsels discussed the foregoing Motion and Plaintiff is unopposed.

*/s/ Hamed Moradi*
Hamed Moradi

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2025, I electronically filed the foregoing *Defendant's Motion to Withdraw, Substitute and Designate Lead Counsel* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth
Law Office of Donald E. Uloth
18208 Preston Road, Suite D-9 #261
Dallas TX 75252
don.uloth@uloth.pro
*Attorney for Plaintiff*

                                        */s/ Hamed Moradi*
                                        Hamed Moradi