IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

## JOINT DESIGNATION OF MEDIATOR

Pursuant to this Court's Scheduling Order (Dkt. No. 14), Plaintiff, Jocelyne Mosby, and Defendant, Safelite Fulfillment, Inc. d/b/a Safelite AutoGlass ("Safelite"), file their Joint Designation of Mediator as follows:

> Dennis Clifford
> Clifford Law Firm, PLLC
> 440 Louisiana, Suite 900
> Houston TX 77002
> (713) 242-1445

Respectfully submitted,

| LAW OFFICE OF DONALD E. ULOTH | VORYS, SATER, SEYMOUR AND PEASE LLP |
|---|---|
| /s/*Donald E. Uloth*           * | /s/*Hamed Moradi* |
| Donald E. Uloth (TBN 20374200) | Hamed Moradi (TBN 24121020) |
| 18208 Preston Road, Suite D-9 #261 | 909 Fannin Street, Suite 2700 |
| Dallas TX 75252 | Houston, TX 77010 |
| T: (214) 989-4396 | T: (713) 588-7000 |
| don.uloth@uloth.pro | hmoradi@vorys.com |
| *Signed with Permission | *Attorney for Defendant* |
| | *Safelite Fulfillment, Inc. d/b/a* |
| *Attorney for Plaintiff,* | *Safelite AutoGlass* |
| *Jocelyne Mosby* | |

|  | VORYS, SATER, SEYMOUR AND PEASE LLP  /s/Jason Mueller_____ Jason Mueller [TBN 24047571] 909 Fannin Street, Suite 2700 Houston, TX  77010 T: 713.588.7000 F: 713.588.7050 jmueller@vorys.com *Local Counsel* |
|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I electronically filed the foregoing *Joint Designation of Mediator* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth
Law Office of Donald E. Uloth
18208 Preston Road, Suite D-9 #261
Dallas TX 75252
don.uloth@uloth.pro
*Attorney for Plaintiff*

*/s/Hamed Moradi*
Hamed Moradi

2