## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-3067 |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S TRIAL EXPERT WITNESSES DESIGNATION

Plaintiff does not anticipate using a witness at trial to present evidence under Rule 702, 703, or 705 of the federal Rules of Evidence.

If Plaintiff prevails on the merits of this case, the undersigned attorney, and possibly others, will present expert testimony concerning attorney fees.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I certify that on May 2, 2025 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth

1