IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND THE MEDIATION DEADLINE

Plaintiff and Defendant move for an order extending the mediation deadline in this case, and in support of this motion state:

This is an employment case in which Plaintiff claims her termination amounted to sex discrimination, in violation of Title VII.

Before filing their Joint Report providing input on the contents of the Scheduling Order, the undersigned counsel conferred on all required matters, including a mediation deadline. Both counsel agreed that in employment cases, early mediation is usually unsuccessful, so in the Joint Report (Doc. 13) the parties indicated that mediation should be considered "after dispositive motions are filed."

The Court set a dispositive motion deadline of November 14, 2025, and a mediation deadline of June 13, 2025.

Due to the status of discovery and scheduling issues, the parties so far have not been able to schedule the mediation. Furthermore, the parties submit that a later mediation deadline would increase the chances of the case settling at mediation. The parties therefore request an extension

of the mediation deadline until December 15, 2025, roughly one month after the dispositive motion deadline in this case.

WHEREFORE, Plaintiff and Defendant request the entry of an appropriate order.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

-- and --

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/Hamed Moradi
Hamed Moradi (TBN 24121020)
909 Fannin Street, Suite 2700
Houston, TX 77010
T: (713) 588-7000
hmoradi@vorys.com
Counsel for Defendant

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Hamed Moradi
Vorys, Sater, Seymour and Pease LLP
909 Fannin Street, Suite 2700
Houston, TX 77010
hmoradi@vorys.com
*Attorney for Defendant*

              /s/ Donald E. Uloth
              Donald E. Uloth