**VORYS**

909 Fannin Street, Suite 2700
Houston, Texas 77010

713.588.7000 | vorys.com

Founded 1909

August 18, 2025

Clerk of Court
United States Courthouse
Northern District – Dallas Division
1100 Commerce Street, Room 1452
Dallas TX 75242

      RE:    C.A. No. 3:24-cv-03067; *Jocelyne Mosby v. Safelite Fulfillment, Inc. d/b/a Safelite AutoGlass*; in the United States District Court for the Northern District of Texas, Dallas Division

Dear Sir/Madam,

    Please take notice that the defendant's attorney, Hamed Moradi, is scheduled for vacation on September 23, 2025, through September 26, 2025.

    By this letter, I am advising all counsel of record of these dates and request that no hearings, motions or other matters that will require Hamed Moradi's attendance be scheduled during this period.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    VORYS, SATER, SEYMOUR AND PEASE LLP

                                    */s/Jason Mueller*
                                    Jason Mueller (TBN 24047571)
                                    909 Fannin Street, Suite 2700
                                    Houston, TX 77010
                                    T: 713.588.7000
                                    F: 713.588.7050
                                    jmueller@vorys.com
                                    **Local Counsel**



Clerk of Court
United States Courthouse
August 18, 2025
Page 2

                                           VORYS, SATER, SEYMOUR AND PEASE LLP

                                           */s/Hamed Moradi*
                                           Hamed Moradi (TBN 24121020)
                                           909 Fannin Street, Suite 2700
                                           Houston, TX 77010
                                           T: (713) 588-7000
                                           hmoradi@vorys.com
                                           *Lead Counsel*

                                           ***Attorneys for Defendant***
                                           ***Safelite Fulfillment, Inc. d/b/a***
                                           ***Safelite AutoGlass***

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2025, I electronically filed the foregoing *letter* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Donald E. Uloth
    Law Office of Donald E. Uloth
    18208 Preston Road, Suite D-9 #261
    Dallas TX 75252
    don.uloth@uloth.pro
    *Attorney for Plaintiff*

                                             */s/ Jason Mueller*
                                             Jason Mueller