IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## JOINT MEDIATION REPORT

Plaintiff, Jocelyne Mosby, and Defendant, Safelite Fulfillment, Inc. d/b/a Safelite AutoGlass file this Joint Mediation Report.

The Parties successfully mediated and settled this case on Monday, September 8, 2025. The parties anticipate filing closing papers within 40 days.

Respectfully submitted,

| LAW OFFICE OF DONALD E. ULOTH | VORYS, SATER, SEYMOUR AND PEASE LLP |
|---|---|
| /s/*Donald E. Uloth* | /s/*Jason Mueller* |
| Donald E. Uloth (TBN 20374200) | Jason Mueller [TBN 24047571] |
| 18208 Preston Road, Suite D-9 #261 | 909 Fannin Street, Suite 2700 |
| Dallas TX 75252 | Houston, TX 77010 |
| T: (214) 989-4396 | T: 713.588.7000 |
| Don.uloth@uloth.pro | F: 713.588.7050 |
| *Attorney for Plaintiff,* | jmueller@vorys.com |
| *Jocelyne Mosby* | **Local Counsel** |
| * Signed with permission. | |
| | /s/*Hamed Moradi* |
| | Hamed Moradi (TBN 24121020) |
| | 909 Fannin Street, Suite 2700 |
| | Houston, TX 77010 |
| | T: (713) 588-7000 |
| | hmoradi@vorys.com |
| | *Attorney for Defendant* |
| | *Safelite Fulfillment, Inc. d/b/a* |
| | *Safelite AutoGlass* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I electronically filed the foregoing *Joint Mediation Report* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth
Law Office of Donald E. Uloth
18208 Preston Road, Suite D-9 #261
Dallas TX 75252
don.uloth@uloth.pro
*Attorney for Plaintiff*

                                           */s/ Jason Mueller*
                                           Jason Mueller