IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOCELYNE MOSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. NO. 3:24-cv-03067-K |
| | § | |
| SAFELITE FULFILLMENT, INC. | § | |
| d/b/a SAFELITE AUTOGLASS | § | |
| | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jocelyne Mosby, and Defendant, Safelite Fulfillment, Inc. d/b/a Safelite AutoGlass, hereby file this Stipulation of Dismissal, with prejudice as to refiling, under Federal Rule of Civil Procedure 41. This stipulation of dismissal disposes of all claims and all parties with prejudice. Costs and fees are to be borne by the party incurring same.

Respectfully submitted,

| LAW OFFICE OF DONALD E. ULOTH | VORYS, SATER, SEYMOUR AND PEASE LLP |
|---|---|
| /s/ Donald E. Uloth | /s/Jason Mueller |
| Donald E. Uloth | Jason Mueller [TBN 24047571] |
| Texas Bar No. 20374200 | 909 Fannin Street, Suite 2700 |
| 18208 Preston Road, Suite D-9 #261 | Houston, TX 77010 |
| Dallas TX 75252 | T: 713.588.7000 |
| T: (214) 989-4396 | F: 713.588.7050 |
| don.uloth@uloth.pro | jmueller@vorys.com |
| *Attorney for Plaintiff,* | **Local Counsel** |
| *Jocelyne Mosby* | |
| | And |
| | |
| | /s/Hamed Moradi |
| | Hamed Moradi (TBN 24121020) |
| | 909 Fannin Street, Suite 2700 |
| | Houston, TX 77010 |
| | T: (713) 588-7000 |

|  | hmoradi@vorys.com<br>*Attorney for Defendant*<br>*Safelite Fulfillment, Inc. d/b/a*<br>*Safelite AutoGlass* |
|---|---|